# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DEWAYNE DUDLEY, | ) |
| Plaintiff, | ) |
| v. | ) No. CIV-23-700-R |
| DAMON T. HININGER, et al., | ) |
| Defendant. | ) |

## ORDER

Upon review of the file and noting no timely objection to the findings and recommendations of United States Magistrate Judge Gary M. Purcell pursuant to 28 U.S.C. § 636(b)(1), the Court ADOPTS the Report and Recommendation [Doc. No. 10], in its entirety.

For the reasons stated therein, this action is DISMISSED WITHOUT PREJUDICE to refiling.

IT IS SO ORDERED this 25th day of October 2023.

_David L. Russell_
**DAVID L. RUSSELL**
**UNITED STATES DISTRICT JUDGE**